TOWN OF WEST NEW YORK, PLAINTIFF-RESPONDENT, v. PEERLESS REALTY CO., INC., DEFENDANT, DOMINICK PARADISO, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Rubenstein & Glick* for the petitioners.

*Mr. Samuel L. Hirschberg* and *Mr. Joseph V. Cullum* for the respondent.

June 2, 1960.   Denied.

CHARLES C. DEUBEL, JR., *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOHN A. KERVICK, TREASURER, DEFENDANT-RESPONDENT.

*Messrs. Deubel & Estrin* for the petitioners.

*Mr. David D. Furman* and *Mr. Joseph A. Jansen* for the respondent.

June 2, 1960.   Granted.